FILED
United States Court of Appeals
Tenth Circuit

**February 3, 2010**

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

MARIAN L. MOLINE,

Petitioner - Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE,

Respondent - Appellee.

No. 09-9011

(CIR No. 171-07L)

**ORDER AND JUDGMENT**[*]

Before **HARTZ**, **ANDERSON**, and **TYMKOVICH**, Circuit Judges.

Marian L. Moline is another tax protester who insists on clogging the

system with ridiculous arguments.  She appeals an adverse decision of the Tax

Court.  We have jurisdiction under 26 U.S.C. § 7483.  We affirm for the reasons

---

[*]After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal.  *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).  The case is therefore ordered submitted without oral argument.  This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

cogently explained in the Tax Court's memorandum opinion in this case.

ENTERED FOR THE COURT


Harris L Hartz
Circuit Judge